■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM R. ERVING, Appellant. [978 NYS2d 895]—

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Amaya*, 98 AD3d 583 [2012]; *cf. People v Braithwaite*, 73 AD3d 656 [2010]). Eng, P.J., Rivera, Chambers and Austin, JJ., concur.